**SIGNED.**

**Dated: June 7, 2021**

*Paul Sala, Bankruptcy Judge*

LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
PO Box 3350
Carefree, AZ 85377

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| LEOKUM, JASON MICHAEL | Case No. 0:21-BK-02248-PS |
| Debtor(s) | **ORDER APPROVING APPLICATION TO EMPLOY** |

The Application of Lawrence J. Warfield, Chapter 7 trustee, to employ a real estate broker for the sale of real property, having come before the Court seeking to employ BK Global Real Estate Services, to procure consented public sale to pursuant to 11 U.S.C. § 327 in the above-captioned case for the real property known as real property in Arizona, located at 1201 meadow Brook Dr. Quakertown PA 18951, and there being no objection thereto, and good cause appearing,

**IT IS ORDERED** approving Trustee's Application to Employ calling for the employment of BK Global Real Estate Services, to procure consented public sale to pursuant to 11 U.S.C. § 327, for this estate and for Trustee upon the terms and conditions set forth in the Application.

Approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the court must have an opportunity to review any objections which any party may have. The court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

**SIGNED AND DATED ABOVE.**